# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS GRIFFIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN SUTTON, Warden,<br><br>　　　　Respondent. | Case No. EDCV 17-93 AB(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice.

DATED: August 23, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE